**Order entered August 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00214-CR

**ANTHONY TERRENCE SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1271255-V**

## ORDER

Before the Court is appellant's motion for extension of time to file his motion for rehearing. We **GRANT** the motion. We extend the deadline for appellant to file his motion for rehearing to August 10, 2015.

/s/    CRAIG STODDART
        JUSTICE